UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MELVIN LEMONT MARTIN,

    Plaintiff,

vs.                                                                                                        Case No. 06-15609

STATE OF MICHIGAN,                                                                    HON. AVERN COHN

    Defendant.
_____/

**ORDER REQUIRING PLAINTIFF TO FILE A MORE DETAILED
COMPLAINT WITHIN TWENTY (20) DAYS**

    This appears to be a discrimination case. Plaintiff Melvin Lemont Martin, proceeding pro se and in forma pauperis, filed a complaint naming the State of Michigan as defendant. The complaint, which consists of only the form used for employment discrimination cases filed under Title VII, alleges discrimination from 1997 to 2000 in the form of "failure to employ," failure to promote," termination," and "discrimination for illness, racial discrimination." Plaintiff alleges discrimination based upon his race, color, gender and "mental illness with medication." Although the form states that a copy of plaintiff's charge filed with the Equal Employment Opportunity Commission (EEOC) is attached, no charge accompanied the complaint.

    Absent more detailed information regarding his claims, the Court cannot determine whether plaintiff has a viable claim. Moreover, in order for the complaint to be properly served, plaintiff needs to name the state agency, not simply the State of Michigan, who allegedly discriminated against him.

Accordingly, plaintiff must file a more detailed complaint which sets forth all of the facts regarding his employment and alleged discrimination by defendant and also submit a copy of his EEOC charge within twenty (20) days of this Order.

SO ORDERED.

    s/Avern Cohn
AVERN COHN
UNITED STATES DISTRICT JUDGE

Dated: January 4, 2007

I hereby certify that a copy of the foregoing document was mailed to the parties of record on this date, January 4, 2007, by electronic and/or ordinary mail.

    s/Julie Owens
Case Manager, (313) 234-5160